IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISON

| | |
|---|---|
| VILLAS AT PARKSIDE PARTNERS d/b/a VILLAS AT PARKSIDE, *et al.*, <br><br> and <br><br> VALENTIN REYES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF FARMERS BRANCH, <br><br> Defendant. | § § § § § § § § § § § Civil Action No. 3:08-CV-1551-B § (consolidated with No. 3:08-CA-1615) § § § |

**REYES PLAINTIFFS' NOTICE OF WITHDRAWAL OF THEIR
PENDING MOTIONS FOR ATTORNEYS' FEES AND COSTS**

Plaintiffs Valentin Reyes, *et al.* ("Reyes Plaintiffs"), by and through their counsel of record, hereby withdraw the following: (1) Reyes Plaintiffs' Motion for Reasonable Attorneys' Fees and Costs and Memorandum in Support (Dkt. 184); and (2) Opposed Supplemental Motion for Attorneys' Fees and Costs by Reyes Plaintiffs and Memorandum in Support (Dkt. 234) (collectively, the "Motions").

Reyes Plaintiffs withdraw the Motions because the relief requested therein has been resolved by settlement.

Dated:  June 24, 2014          Respectfully submitted,

/s/ Nina Perales
Nina Perales
State Bar No. 24005046
Marisa Bono
State Bar No. 24052874
MEXICAN AMERICAN LEGAL DEFENSE AND

EDUCATIONAL FUND
110 Broadway St., Suite 300
San Antonio, TX 78205
Tel: (210) 224-5476
Fax: (210) 224-5382

Rebecca Robertson
Legal Director
American Civil Liberties Union
Foundation of Texas
611 South Congress Avenue Ste 320
Austin TX 78704
Tel: (512) 478-7300

Omar C. Jadwat
State Bar No. NY 4118170
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
Tel: (212) 549-2660

Jennifer Chang Newell
State Bar No. CA 233033
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770

David Broiles, *Local Counsel*
State Bar No. 03054500
CAGLE AND BROILES
100 N. Forest Park, Suite 220
Ft. Worth, Texas 76102
Tel: (817) 335-3311
Fax: (817) 335-7733

*Counsel for Reyes Plaintiffs*

2

## CERTIFICATE OF SERVICE

I certify that on June 24, 2014, I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

     /s/   Nina Perales
Nina Perales